## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA

|  |  |
| --- | --- |
| TAMI HARRISON,<br><br>                    Plaintiff,<br><br>     - against -<br><br>FACEBOOK, INC., a Delaware corporation.<br><br>                    Defendant. | Docket No. 1:18-Cv-147-CG-MU<br>JURY TRIAL DEMANDED |

### COMPLAINT

Plaintiff Tami Harrison ("Harrison" or "Plaintiff") by pro se, unless counsel is assigned thereafter filing for the Complaint against Defendant Facebook ("Facebook" or "Defendant") hereby alleges as follows:

### NATURE OF THE ACTION

1.     This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized public display of copyrighted images and video owned and/or registered by Tami Harrison, an Alabama based entrepreneur. Accordingly, Harrison seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq.*

### JURISDICTION AND VENUE

2.     This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq.*, and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3.     This Court has personal jurisdiction over Defendant because Defendant conducts business transactions in Mobile county, Alabama and the causes of action arose, in part, in Mobile county, Alabama.

4.   Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5. Harrison is an inventor and entrepreneur in the business of inventing, selling and aspiring to sell products, founder and President of two companies Now Care Products, LLC and Seed Volage Tech Corporation having a usual place of business at 507 Booker Street Mobile, Al 36604.

6. Defendant Facebook, Inc. ("Facebook") is a Delaware corporation with its principal place of business at 1 Hacker Way, Menlo Park, California 94025. Upon information and belief, At all times material hereto, Facebook has owned and operated a website at the URL: www.facebook.com (the "Website").

## STATEMENT OF FACTS

**A.   Background and Plaintiff's Ownership of the Photograph/Images**

8.   Harrison is the author of the images/video and has at all times been the sole owner of all right, title and interest in and to the images, including the copyright thereto.

9.   The images have US Copyright numbers of: 1. Mini Reel Weed Eater Copyright# 1-3368554769; 2. Fast Learn writing and typing app Copyright# 1-3396451021; 3. Reel Weed Trimmer Copyright# 1-3514890321; 4. Handwriting OCR copyright# 1-3348370361; 5. Basketball goal assembly with scissor lift copyright# 1-2633986301.

## GENERAL ALLEGATIONS

10.   Upon information and belief, the Website features the images and video on display on Facebook.      See      https://www.facebook.com/handwritingapp      and

https://www.facebook.com/basketball-invention and https://www.facebook.com/weedtrimmer

The Website prominently featured the copyrighted and trademarked images. A true and correct copies of the article is attached hereto as Exhibit B. Displaying these images on Defendant's site caused damages by losing business deals by the appearance of Plaintiffs social media account lacking traction and interest from buyers because Plaintiff couldn't manage their content to edit or add information or gain followers by placing ads. Defendant stated in writing that Plaintiff had a grey business account and it had to be attached to a profile in 2015 as their site made changes to their policy, see attached hereto as Exhibit C. After time and not being able to manage the business account on November 2016 Plaintiff demanded removal of all content,  see attached copy of article hereto as Exhibit C.

11. Facebook had consent previously when Plaintiff and staff was able to log on to their website to manage it, but after Plaintiff was not able to manage their pages they rescinded authorization to Facebook in writing and asked repeatedly to remove and that Facebook did not have Plaintiff's permission or consent to publish the images on its Website thereafter. Upon information and belief, the Defendant is responsible for the events described herein and are liable to Plaintiff for the damages they have incurred.

12. Social media is the platform companies use to engage and promote their products. Facebook is a global online social networking service with over one billion active users that utilize the service to stay connected with friends and family as well as allow businesses to promote to consumers. Facebook is the number one social media site that allows companies to make their presence known to the public. Facebook regularly and continuously does business in the State of Alabama. In 2011, it was reported Facebook has 2 million users in the State of Alabama.

13. Plaintiff demanded that Facebook remove their entire timeline of all data and

unauthorized public display of images and video in November 2016 and other days. However, Facebook continues to unlawfully publicly display the unauthorized work referred to herein.

14. This action for copyright infringement is brought against Defendant Facebook arising from Defendant's willful and knowing infringement of Plaintiffs' copyrights. Facebook's unlawful use of Harrison's copyrighted materials have infringed Harrison's copyright by public display resulting in unfair business practices, unfair competition, false light, right of publicity and lost profits attributable thereto, entitling Harrison to actual and/or statutory damages under the Copyright Act.   See attached copy of article hereto as Exhibit D.

## COUNT I
## COPYRIGHT INFRINGEMENT

12. Plaintiffs repeat and re-allege each of the foregoing paragraphs, as though fully set forth herein.

13. Facebook infringed Plaintiff's copyright in the images and video by publicly displaying the images and video on the Website. Facebook was not authorized to publically display and/or use the material when Plaintiff sent notice by writing more than once. Plaintiff sent in information as requested from Defendant.

14. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

15. Upon information and belief, the foregoing acts of infringement by Facebook have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

16.     As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages pursuant to 17 U.S.C. § 504(b) for the infringement.

17.     Defendant's conduct, described above, is causing, and unless enjoined and restrained by this Court, will continue to cause Plaintiff irreparable injury that cannot be fully compensated by or measured in money damages. Plaintiff has no adequate remedy at law.

23. As a result of the wrongful conduct of Facebook as alleged herein, Plaintiff is entitled to recover from Facebook the damages, that she sustained and will sustain by Facebook because of their violations of 17 U.S.C. § 1202, including attorney's fees and costs if applicable.

24. Defendants' infringements of Plaintiffs' rights each constitute a separate and distinct act of infringement, separately actionable under the Copyright Act, 17 U.S.C. § 106.

25.     Alternatively, Plaintiff may elect to recover from Facebook statutory damages pursuant to 17 U.S.C. § 1203(c) (3) in a sum of at least $2,500 up to $25,000 for each violation of 17 U.S.C. § 1202.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1.  That Defendant Facebook be adjudged to have infringed upon Plaintiff's copyrights in violation of 17 U.S.C §§ 106 and 501;

2.  Plaintiff be awarded Plaintiff's actual damages of infringement of Plaintiff's copyrighted images;

3.  That, with regard to the Relief, Plaintiff be awarded either: a)  Plaintiff's actual damages

and  b) alternatively, statutory damages of at least $2,500 and up to $ 25,000 for each instance pursuant to 17 U.S.C. § 1203(c);

4. That Defendant be required to account for all losses derived by Plaintiff as a result of its unlawful conduct including losses attributable to the infringement, as will be proven at trial. The Defendant Facebook knowingly after receiving notice to remove continued to infringe;

5. That Plaintiff be awarded her costs, expenses and attorneys' fees if applicable pursuant to 17 U.S.C. § 1203(b);

6. That Plaintiff be awarded pre-judgment interest; and

7. Such other and further relief as the Court may deem just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Mobile, Alabama
       March 29, 2018

By:
Tami Harrison

*Tami Harrison*

507 Booker Street
Mobile, Al 36604
Tel: (251) 494-8221
money5510@att.net
*Pro se*

*\*Petition for appointment of counsel*

# EXHIBIT B

3/27/2017                          Basketball Invention | Facebook

Like    Share    Suggest Edits                    Send Message

Forgot account?

**Basketball Invention**

Home

Posts

Videos

Photos

About

Likes

Create a Page

# Move Goal

Basketball Invention
June 24, 2016 ·

Watch video of Move Goal basketball shooting game.

122 Views

Like        Comment        Share

Basketball Invention
June 9, 2016 ·

Get out there exercise, have fun! Try the new invention Move Goal
shooting game!
http://seedvolagetech.com/products

**Games/Toys**

Revolutionary new basketball goal sports toy
game invention for everyone!

👍 18 people like this and 18 people follow
this

**About**                                   See All

🌐 seedvolagetech.com/products

🎮 Games/Toys

**People**

**18 likes**

**Photos**

See more of Basketball Invention by logging into Facebook

Message this Page, learn about upcoming events and more.

Log In

or

Sign Up



Like    Share    Suggest Edits                                    Send Message

Basketball Invention

Home
Posts
Videos
Photos
About
Likes

Create a Page

Visitor Posts

Be the first to add a post.

Create Post

**Basketball Invention**
June 9, 2016 ·

Move Goal shooting game. Move Goal is a basketball game that allows a
user to shoot in different positions. To use, a person can push the remote
manually or have it on automatic for it to move non-stop until you press
stop. It will have a slow, medium or fast button. View here:
http://seedvolagetech.com/products

**Basketball Invention** updated their profile picture.
June 9, 2016 ·

English (US) · Español · Português (Brasil)
· Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices
Cookies · More
Facebook © 2017

See more of Basketball Invention by logging into Facebook

Message this Page, learn about upcoming events and more.

Log In

or

Sign Up

3/27/2017                                Basketball Invention | Facebook

| Like | Share | Suggest Edits |                        Send Message



## Basketball Invention

**Home**

Posts

Videos

Photos

About

Likes

Create a Page

| Like | Comment |

See More

See more of Basketball Invention by logging into Facebook

Message this Page, learn about upcoming events and more.

Log In

or

Sign Up





Email or Phone
Password
Log In
Forgot account?

Reel Weed Eater Trimmer
@weedtrimmer

Yard Lady™

- **Home**
- Posts
- Videos
- Photos
- About
- Likes

Create a Page

Like | Share | Suggest Edits | Send Message

**Posts**

**Reel Weed Eater Trimmer** added 2 new photos.
June 28, 2016 ·

Reel Weed Trimmer! It's a mini reel mower, for the reel lovers. Pre-order for only $50! You use your reel lawn mower, then you have the areas that are small that your reel mower can't reach and then you grab your scissors or gas or electric weed eater and think to yourself I wish I had a reel weed trimmer, now you can!

This grass and weed trimmer does not run off of gas or electric, it runs off of you. You push and go. It's very light-weight and you can use with one hand. Eas... See More

Like Comment

Yvette Diaz, Saul Martinez, John Love and 2 others like this.

**Reel Weed Eater Trimmer** added 5 new photos.
June 2, 2016 ·

We brought it back finally! Reel Weed Trimmer! For the reel lawnmower lovers. We have different designs. It's a mini version of a reel lawn

Patio/Garden

New invention for a weed eater trimmer for the people who love the reel. If you own a reel lawn mower then you should have the weed trimmer that goes with.

22 people like this and 22 people follow this

**About** See All

**seedvolagetech.com/yardlady**

Patio/Garden

**People**

**22** likes

**Visitor Posts**

Be the first to add a post.

Create Post

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More

Facebook © 2017

**See more of Reel Weed Eater Trimmer by logging into Facebook**

Message this Page, learn about upcoming events and more. If you don't have a Facebook account, you can create one to see more of this Page.

Sign Up | Log In

mower, but is for the small areas the lawn mower can't get to. Patent-pending. How awesome is this?
http://seedvolagetech.com/yardlady

Like          Comment

Glenda Bradley likes this.

See All

**Videos**

gas or electric trimmers

See All

**Photos**

**See more of Reel Weed Eater Trimmer by logging into Facebook**

Message this Page, learn about upcoming events and more. If you don't have a Facebook account, you can create one to see more of this Page.

Sign Up          Log In





Email or Phone Password Log In
Forgot account?

# Fast Learn
@handwritingapp

- **Home**
- Posts
- Photos
- About
- Likes

Create a Page

Like | Share | Suggest Edits

Send Message

## Posts

**Fast Learn**
June 18, 2016 ·

Help improve kids handwriting and typing skills Only $1.99
http://seedvolagetech.com/fastlearn

Like Comment

Md Alif Billah, Asif Azam, Truc Nguyen and 11 others like this.

**Fast Learn** shared their photo.
June 22, 2016 ·

Help improve kids handwriting and typing skills with Fast Learn. For kids 7 and up. Challenges can include numbers, letters and words at levels to reach. When you view a number, letter or word of a category, type or write it depending on the style you choose; If you choose type on, you are typing, if you change style to handwrite on, you are now handwriting. Practice makes perfect.
Only $1.99 http://seedvolagetech.com/fastlearn

**See m e of F st L arn by logging int ebook**
Mes this Page, le n a ut upco ing events and more. don't ha
acc you can cr te one to see more age.
Log In

Software

Fast Learn App is a platform to practice your typing and writing to become skillful and improve your speed. Use your stylus pen/pencil or computer mouse.

372 people like this and 364 people follow this

**About** See All
seedvolagetech.com/fastlearn
Software

**People**

**372** likes

**Visitor Posts**

**Md Alif Billah**
December 10, 2016 at 11:42pm

Learn more, earn more. Learn how to read a book a day! Read this boo... See More

1 Like
Like · Comment · Share

**People Also Like**

**Tantra/Mantra Specialist +91-769...**
Religious Organization

**Buy Instagram Followers**
Business Service

**The Rap Sheet**
Community

**Fast Learn**
June 18, 2016 ·

Help improve kids handwriting and typing skills with Fast Learn. For kids 7 and up. Challenges can include numbers, letters and words at levels to reach. When y...

See More

Like          Comment

Md Alif Billah, Afroz Majid, Dianne Sommerfield and 5 others like this.

See All

English (US) · Español · Portuguès (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices
Cookies · More

Facebook © 2017

**Photos**



See All

**Posts**

**Fast Learn**
June 18, 2016 ·

Help improve kids handwriting and typing skills with Fast Learn. For kids 7 and up. Challenges can include numbers, letters and words at levels to reach. When you view a number, letter or word of a category, type or write it depending on the style you choose; If you choose type on, you are typing, if you change style to handwrite on, you are now handwriting. Practice makes perfect.
Only $1.99 http://seedvolagetech.com/fastlearn



**See more of Fast Learn by logging into Facebook**

More this Page, see what your friends are doing and more. If you don't have a Facebook account, you can create one to see more of this Page.

Log In





Like Comment

Md Alif Billah, Kareem G. AHmed, Jose Alfredo Escobar and 26 others like this.

1 share

**Fast Learn** updated their profile picture.
June 18, 2016 ·

Seed Volage Tech

Like Comment

Md Alif Billah likes this.

**Fast Learn** updated their profile picture.
June 18, 2016 ·

Like Comment

Md Alif Billah and Afroz Majid like this.

**Fast Learn** updated their cover photo.
June 18, 2016 ·

Like Comment

Md Alif Billah likes this.

**Fast Learn**
May 22, 2016 ·

The Fast Learn writing and typing app (patent-pending) is a platform to practice your typing and writing to become skillful and improve your speed and requires the user to physically interact by typing and/or handwriting. You can use a stylus pen/pencil, your finger or your computer mouse.

Challenges can include numbers, letters and words at levels to reach. When you view a number, letter or word of a category, type or write it depending on the style you choose; If you choose type on, you are typing, if you change style to handwrite on, you are now handwriting. Practice makes perfect. http://seedvolagetech.com/fastlearn

**See more of Fast Learn by logging into Facebook**

Message this Page, learn about upcoming events and more. If you don't have a Facebook account, you can create one to see more of this Page.

Sign Up Log In

Fast Learn

Fast Learn

Like        Comment        Share

Md Alif Billah, Leone Edwards and 2 others like this.

1 share

**Fast Learn**
May 22, 2016 ·

Available in Google Play Store:
https://play.google.com/store/apps/details...

Fast Learn handwriting typing

Like        Comment        Share

Md Alif Billah, Leone Edwards and 2 others like this.

See More

**See more of Fast Learn by logging into Facebook**

Message this Page, learn about upcoming events and more. If you don't have a Facebook account, you can create one to see more of this Page.

Sign Up          Log In

# EXHIBIT C

**From:** Facebook Global Marketing Solutions <fbadsupport@fb.com>
**To:** "footpedicure@yahoo.com" <footpedicure@yahoo.com>
**Sent:** Monday, March 16, 2015 3:19 PM
**Subject:** Your Facebook Advertising Support Request [ ref:_00DA0K9kF._50012QtJc4:ref ]

Hello,

Thank you for reaching out to our team. I'm happy to assist with your account issue today.

I have reviewed your account and I can confirm that you currently have a Gray account, or what is also referred to as a business account. Facebook is in the process of phasing out these types of accounts, and now requires all gray accounts to be attached to a Profile, or to be migrated to our Business Manager tool. More information on the required migration can be found here:
https://www.facebook.com/help/600757573354939?sr=4&query=Business+Account&sid=0UkGRsK6
ksFdd5ekR

I hope this information is helpful. Please let me know if you have any further questions.

Thank you,

Nick
Global Marketing Solutions
Facebook

--- Original Message ---

Customer Question/Comment: I don't have a personal facebook account. Why are you banning me from boosting post. This is bad business. Everyone doesn't have a personal facebook account. I'm only on here for business. So I suspect you don't want my business.

Nick
Global Marketing Solutions
Facebook

ref:_00DA0K9kF._50012QtJc4:ref

Nick
Global Marketing Solutions
Facebook

| Subject: | Fw: Getting back onto Facebook |
|---|---|
| From: | Tracy Smith (footpedicure@yahoo.com) |
| To: | change352@yahoo.com; |
| Date: | Wednesday, March 28, 2018 12:50 PM |

----- Forwarded Message -----
**From:** Facebook <notification+kjdp55-5w__m@facebookmail.com>
**To:** footpedicure@yahoo.com
**Sent:** Friday, February 27, 2015 9:29 AM
**Subject:** Getting back onto Facebook

## facebook

Sorry you've been having trouble logging into your Facebook account.

**Get back on Facebook now**

You can also get password help or login help on Facebook.

If you're still having trouble or believe this was sent by mistake, please visit our login help page:
https://www.facebook.com/help/login

This message was sent to **footpedicure@yahoo.com**. If you don't want to receive these emails from Facebook in the future, please **unsubscribe**. Facebook, Inc., Attention: Department 415, PO Box 10005, Palo Alto, CA 94303

**From:** Facebook <appeals+u1lyt6at.aeau2xu2nm@support.facebook.com>
**To:** nowcareproducts@yahoo.com
**Sent:** Friday, November 11, 2016 3:02 PM
**Subject:** Re: Thank you for submitting your ID

Hi,

Thanks for your report. We'll review the information you provided and get back to you soon.

In the meantime, you can review our Community Standards to learn more about what is and isn't allowed on Facebook:

https://www.facebook.com/communitystandards/?ref=CR

We appreciate your patience.

View updates from your Support Inbox: https://fb.me/1G0t98EiSwV9f6u

Thanks,

The Facebook Team

| Subject: | Intellectual Property Report #269729676774164 |
| --- | --- |
| From: | Facebook (ip+u26yd2ty.aeaqhns5fq@support.facebook.com) |
| To: | nowcareproducts@yahoo.com; |
| Date: | Monday, February 20, 2017 10:37 PM |

Hi,

The Facebook Team received a report from you. For reference, your complaint number is 269729676774164.

Please note that this channel is only for reports of alleged infringements or violations of your legal rights, such as copyright or trademark. If you filed that type of report, no further action is necessary. However, if you contacted us through this channel about another matter, you might not receive a response.

If you're not confident that your issue concerns intellectual property rights, please consult the Intellectual Property section of our Help Center for additional information:

IP Help Center: https://www.facebook.com/help/intellectual_property/

Note that we regularly provide your contact information, including your name and email address, the name of your organization or client who owns the right in question, and/or the contents of your report to the person who posted the content you are reporting. You may wish to provide a professional or business email address for contact by users.

For help with matters other than infringement/violation of your legal rights, the links below may be helpful:

- Hacked or phished accounts: https://www.facebook.com/help/security
- Fake/Impostor accounts (timelines): https://www.facebook.com/help/174210519303259/
- Abuse (including spam, hate speech and harassment): https://www.facebook.com/help/263149623790594/
- Pages (including admin issues): https://www.facebook.com/help/pages/
- Unauthorized photos or videos: https://www.facebook.com/help/428478523862899
- Login issues: https://www.facebook.com/help/login
- Help for users who have been disabled or blocked: https://www.facebook.com/help/warnings

If the links above do not contain the information you're looking for, you may want to search the Help Center for more assistance: https://www.facebook.com/help/

As a reminder, if your submission contains a report of alleged infringement/violation of your legal rights, no further action is necessary. We will look into your matter shortly.

Thanks for contacting Facebook,

The Facebook Team
\---------------------------

To be sure you're in the right place, what best describes your issue? : I found content which I believe violates my trademark
Your name (name and surname) : Tami Harrison
Your organization or client (if applicable) : Seed Volage Tech Corporation
Please provide a link to your organization or client's official online presence : http://seedvolagetech.com
Mailing address : PO BOX 66032
Mobile, Al 36660
Phone number : 213-787-6134
Email : nowcareproducts@yahoo.com
Confirm your email address : nowcareproducts@yahoo.com
Who owns the trademark? : My organization or client
Name of the rights owner : Seed Volage Tech Corporation
What is your trademark? : https://www.facebook.com/weedtrimmer
Where is your trademark registered? : Alabama
What is your trademark registration number (if applicable)? : 366 - 976
Which categories of goods and/or services are covered by your registration? : Seed Volage Tech Corporation our other email is info@seedvolagetech.com
If possible, please provide a link (URL) leading directly to your trademark registration. : http://arc-sos.state.al.us/cgi/corpdetail.mbr/detail?corp=366976&page=name&file=&type=ALL&status=ALL&place=ALL&city=
What type of content are you reporting? : An entire Page, group, or timeline
Please provide links (URLs) leading directly to the specific content you are reporting. Please provide one URL per line. : https://www.facebook.com/weedtrimmer
Please describe how you believe this content infringes your trademark : I sent this information before and the page is still up please remove entire timeline for nowcareproducts.com reference# Complaint #1154009371361394
Do you agree? : yes
Electronic signature : Tami Harrison


Did you receive this email in error? Please let us know: https://fb.me/21eAoAVxvrcfzWQ

**From:** Facebook <appeals+u1lyt6at.aeau2xu2nm@support.facebook.com>
**To:** nowcareproducts@yahoo.com
**Sent:** Friday, November 11, 2016 5:14 PM
**Subject:** Re: Thank you for submitting your ID

Hi,

Thanks for contacting us. It looks like we couldn't confirm that you're the owner of this account because you didn't provide ID with information that matches the details on this account. Please send us a photo or scan of an ID or other documents that match the info on this profile and include:

- Your name

- Your photo

- Your date of birth

When you send us a photo or scan of your ID, please cover up any personal information we don't need to confirm that you're the account owner (ex: credit card number, Social Security number).

If you don't have an ID, you can use other documents to confirm that you own this account. To learn more about what documents you can send, please visit the Help Center and check out options 2 and 3:

https://www.facebook.com/help/159096464162185/?ref=cr

Keep in mind that once we confirm that the account belongs to you, we'll delete the photo or scan of your ID or documents from our servers.

We apologize for any inconvenience, and hope to hear from you soon so we can help.

View updates from your Support Inbox: https://fb.me/1FWpR3IUIBINEGU


Thanks,


Facebook


-----Original Message----

From: nowcareproducts@yahoo.com

To:

Subject: Thank you for submitting your ID


Email: nowcareproducts@yahoo.com


-----End Original Message-----

**From:** Now Care <nowcareproducts@yahoo.com>
**To:** "notification+kr4ygqbekmkn@facebookmail.com" <notification+kr4ygqbekmkn@facebookmail.com>
**Sent:** Monday, February 20, 2017 10:39 PM
**Subject:** info

This page is still up: https://www.facebook.com/weedtrimmer please remove. Thank-you.

----- Forwarded Message -----
**From:** Now Care <nowcareproducts@yahoo.com>
**To:** Facebook <notification+kr4ygqbekmkn@facebookmail.com>
**Sent:** Wednesday, December 7, 2016 4:23 PM
**Subject:** Re: A Message from Facebook

I see you removed my 2 pages footpedicure and Seedvolagetech and I also want the entire timeline removed not just those two pages, I had more pages. Please delete everything. A lot of my images on my timeline are copyrighted as well

**From:** Now Care <nowcareproducts@yahoo.com>
**To:** Facebook <notification+kr4ygqbekmkn@facebookmail.com>
**Sent:** Wednesday, December 7, 2016 4:15 PM
**Subject:** Re: A Message from Facebook

I also want the entire timeline removed not just those two pages, I had more pages. Please remove all of them. Thank-you.

---

**From:** Facebook <notification+kr4ygqbekmkn@facebookmail.com>
**To:** nowcareproducts@yahoo.com
**Sent:** Wednesday, December 7, 2016 3:53 PM
**Subject:** A Message from Facebook

Hello,

We removed the following content from Facebook because we received a report alleging that it infringes or violates the rights of a third party, and/or because we have reason to believe that you're not authorized to represent the subject matter of the content.

Page: Seed Volage Tech Corporation

If you believe that this content should not have been removed from Facebook, you can contact the complaining party directly to resolve your issue:

Report #: 1154009371361394
Rights Owner: Tami Harrison
Email: nowcareproducts@yahoo.com

If an agreement is reached to restore the reported content, please have the complaining party email us with their consent and include the report number.

To keep your account in good standing, please review all materials you've posted to Facebook and remove any remaining content that may be infringing from your account.

For more information about intellectual property, please visit our Help Center:

https://www.facebook.com/help/370657876338359/

Thanks,

The Facebook Team

**From:** Now Care <nowcareproducts@yahoo.com>
**To:** "notification+kr4ygqbekmkn@facebookmail.com" <notification+kr4ygqbekmkn@facebookmail.com>
**Sent:** Monday, February 20, 2017 10:48 PM
**Subject:** Fw: info

These pages are still up please remove: https://www.facebook.com/handwritingapp/

This page is still up: https://www.facebook.com/weedtrimmer please remove. Thank-you.

----- Forwarded Message -----
**From:** Now Care <nowcareproducts@yahoo.com>
**To:** Facebook <notification+kr4ygqbekmkn@facebookmail.com>
**Sent:** Wednesday, December 7, 2016 4:23 PM
**Subject:** Re: A Message from Facebook

I see you removed my 2 pages footpedicure and Seedvolagetech and I also want the entire timeline removed not just those two pages, I had more pages. Please delete everything. A lot of my images on my timeline are copyrighted as well.
https://www.facebook.com/inventionandpatents/
https://www.facebook.com/enddrugwarnow
https://www.facebook.com/samplesanddealsThank-you.

---

**From:** Facebook <notification+kr4ygqbekmkn@facebookmail.com>
**To:** nowcareproducts@yahoo.com
**Sent:** Wednesday, December 7, 2016 3:53 PM
**Subject:** A Message from Facebook

Hello,

We removed the following content from Facebook because we received a report alleging that it infringes or violates the rights of a third party, and/or because we have reason to believe that you're not authorized to represent the subject matter of the content.

Page: Foot Care Products

If you believe that this content should not have been removed from Facebook, you can contact the complaining party directly to resolve your issue:

Report #: 1154009371361394
Rights Owner: Tami Harrison
Email: nowcareproducts@yahoo.com

If an agreement is reached to restore the reported content, please have the complaining party email us with their consent and include the report number.

To keep your account in good standing, please review all materials you've posted to Facebook and remove any remaining content that may be infringing from your account.

For more information about intellectual property, please visit our Help Center:

https://www.facebook.com/help/370657876338359/

Thanks,

The Facebook Team

**From:** Facebook <ip+u1522yo5.aeaqetvql4@support.facebook.com>
**To:** nowcareproducts@yahoo.com
**Sent:** Thursday, November 24, 2016 9:11 PM
**Subject:** Intellectual Property Report #1154009371361394

Hi,

The Facebook Team received a report from you. For reference, your complaint number is 1154009371361394.

Please note that this channel is only for reports of alleged infringements or violations of your legal rights, such as copyright or trademark. If you filed that type of report, no further action is necessary. However, if you contacted us through this channel about another matter, you might not receive a response.

If you're not confident that your issue concerns intellectual property rights, please consult the Intellectual Property section of our Help Center for additional information:

IP Help Center: https://www.facebook.com/help/intellectual_property/

Note that we regularly provide your contact information, including your name and email address, the name of your organization or client who owns the right in question, and/or the contents of your report to the person who posted the content you are reporting. You may wish to provide a professional or business email address for contact by users.

For help with matters other than infringement/violation of your legal rights, the links below may be helpful:

- Hacked or phished accounts: https://www.facebook.com/help/security

- Fake/Impostor accounts (timelines): https://www.facebook.com/help/174210519303259/

- Abuse (including spam, hate speech and harassment):
https://www.facebook.com/help/263149623790594/

- Pages (including admin issues): https://www.facebook.com/help/pages/

- Unauthorized photos or videos: https://www.facebook.com/help/428478523862899

- Login issues: https://www.facebook.com/help/login

- Help for users who have been disabled or blocked: https://www.facebook.com/help/warnings


If the links above do not contain the information you're looking for, you may want to search the Help Center for more assistance: https://www.facebook.com/help/


As a reminder, if your submission contains a report of alleged infringement/violation of your legal rights, no further action is necessary. We will look into your matter shortly.


Thanks for contacting Facebook,


The Facebook Team

--------------------------

To be sure you're in the right place, what best describes your issue? : I found content which I believe violates my trademark and copyright.

Your name (name and surname) : Tami Harrison

Please provide a link to your organization or client's official online presence : https://www.facebook.com/seedvolagetech

Mailing address : PO BOX 66032 Mobile, Al 36660

Phone number : 213-787-6134

Email : nowcareproducts@yahoo.com

Confirm your email address : nowcareproducts@yahoo.com

Who owns the trademark? : Me

Name of the rights owner : Tami Harrison

What is your trademark? : Seed Volage Tech Corporation

Where is your trademark registered? : Alabama

What is your trademark registration number (if applicable)? : 366 - 976

Which categories of goods and/or services are covered by your registration? : The name and page contents are owned by me

If possible, please provide a link (URL) leading directly to your trademark registration. : http://arc-sos.state.al.us/cgi/corpdetail.mbr/detail?corp=366976&page=name&file=&type=ALL&status=ALL&place=ALL&city=

What type of content are you reporting? : An entire Page, group, or timeline

Please describe how you believe this content infringes your trademark : This was my page and I had a worker Tracy Smith making posts and keeping page updated but she no longer works with me and I cant verify her and can use my name if I have to or either delete it if I can't log in. Let me know. Thanks.

Do you agree? : yes

Electronic signature : Tami Harrison



Did you receive this email in error? Please let us know: https://fb.me/2991al8fm0cbas0

**From:** Facebook <ip+u1522yo5.aeaqetvql4@support.facebook.com>
**To:** nowcareproducts@yahoo.com
**Sent:** Thursday, November 24, 2016 9:11 PM
**Subject:** Intellectual Property Report #1154009371361394

Hi,

The Facebook Team received a report from you. For reference, your complaint number is 1154009371361394.

Please note that this channel is only for reports of alleged infringements or violations of your legal rights, such as copyright or trademark. If you filed that type of report, no further action is necessary. However, if you contacted us through this channel about another matter, you might not receive a response.

If you're not confident that your issue concerns intellectual property rights, please consult the Intellectual Property section of our Help Center for additional information:

IP Help Center: https://www.facebook.com/help/intellectual_property/

Note that we regularly provide your contact information, including your name and email address, the name of your organization or client who owns the right in question, and/or the contents of your report to the person who posted the content you are reporting. You may wish to provide a professional or business email address for contact by users.

For help with matters other than infringement/violation of your legal rights, the links below may be helpful:

- Hacked or phished accounts: https://www.facebook.com/help/security

- Fake/Impostor accounts (timelines): https://www.facebook.com/help/174210519303259/

- Abuse (including spam, hate speech and harassment): https://www.facebook.com/help/263149623790594/

- Pages (including admin issues): https://www.facebook.com/help/pages/

- Unauthorized photos or videos: https://www.facebook.com/help/428478523862899

- Login issues: https://www.facebook.com/help/login

- Help for users who have been disabled or blocked: https://www.facebook.com/help/warnings


If the links above do not contain the information you're looking for, you may want to search the Help Center for more assistance: https://www.facebook.com/help/


As a reminder, if your submission contains a report of alleged infringement/violation of your legal rights, no further action is necessary. We will look into your matter shortly.


Thanks for contacting Facebook,


The Facebook Team

--------------------------

To be sure you're in the right place, what best describes your issue? : I found content which I believe violates my trademark and copyright.

Your name (name and surname) : Tami Harrison

Please provide a link to your organization or client's official online presence : https://www.facebook.com/seedvolagetech

Mailing address : PO BOX 66032 Mobile, Al 36660

Phone number : 213-787-6134

Email : nowcareproducts@yahoo.com

Confirm your email address : nowcareproducts@yahoo.com

Who owns the trademark? : Me

Name of the rights owner : Tami Harrison

What is your trademark? : Seed Volage Tech Corporation

Where is your trademark registered? : Alabama

What is your trademark registration number (if applicable)? : 366 - 976

Which categories of goods and/or services are covered by your registration? : The name and page contents are owned by me

If possible, please provide a link (URL) leading directly to your trademark registration. : http://arc-sos.state.al.us/cgi/corpdetail.mbr/detail?corp=366976&page=name&file=&type=ALL&status=ALL&place=ALL&city=

What type of content are you reporting? : An entire Page, group, or timeline

Please describe how you believe this content infringes your trademark : This was my page and I had a worker Tracy Smith making posts and keeping page updated but she no longer works with me and I cant verify her and can use my name if I have to or either delete it if I can't log in. Let me know. Thanks.

Do you agree? : yes

Electronic signature : Tami Harrison

Did you receive this email in error? Please let us know: https://fb.me/2991al8fm0cbas0

**From:** Now Care <nowcareproducts@yahoo.com>
**To:** Facebook <ip+u1522yo5.aeaqetvql7cpo@support.facebook.com>
**Sent:** Monday, December 5, 2016 6:01 PM
**Subject:** Fw: Trademark Report Form

Please view the attached ID file below and reply back please.

I have been trying to get help for months now so just go ahead and remove all my pages because I own trademarks and do not give you permission to keep up without me being able to manage the pages.

 Email: nowcareproducts@yahoo.com trademarks for both Now Care Products and Seed Volage Tech Corp


Just remove it completely all my pages/timeline because if I can't edit update the pages I do not want them up at all and I also own trademarks for now care products this page: facebook.com/footpedicure and here is that info: http://tmsearch.uspto.gov/bin/showfield?f=doc&state=4802:l41u1t.7.2 The Foot System For Smoother Feet by Now Care Products serial #

86649093


Name of the rights owner: Tami Harrison
What is your trademark?: Seed Volage Tech Corporation
Where is your trademark registered?: Alabama
What is your trademark registration number (if applicable)?: 366 - 976
Which categories of goods and/or services are covered by your registration?: The name and page contents are owned by me
If possible, please provide a link (URL) leading directly to your trademark registration.: http://arc-sos.state.al.us/cgi/corpdetail.mbr/detail?corp=366976&page=name&file=&type=ALL&status=ALL&place=ALL&city=
What type of content are you reporting?: An entire Page, group, or timeline
Please describe how you believe this content infringes your trademark: This was my page and I had a worker Tracy Smith making posts and keeping page updated but she no longer works with me and I cant verify her and can use my name if I have to or either delete it if I can't log in. Let me know. Thanks.
Do you agree?: yes
Electronic signature: Tami Harrison


I would prefer to keep them, but all I'm getting is ignored. If you send to another team who will

-----End Original Message-----
-----End Original Message-----

**Attachments**

- id-info.jpg (79.48KB)



A S... ... 6 0... 1 9...
2828 Dauphin Street
Mobile, Alabama 36606

| ACCOUNT NUMBER | AMOUNT DUE | MDSE./SERV AMOUNT |
|---|---|---|
| 1 | UPON RECEIPT | 0.00 |

| MDSE BALANCE | GAS/BUDGET AMOUNT | TOTAL AMOUNT DUE |
|---|---|---|
| 0.00 | 17.97 | 17.97 |

000770 000002885

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT
WHEN PAYING IN PERSON, PLEASE BRING THIS ENTIRE BILL WITH YOU.



TAMI HARRISON
507 BOOKER ST
MOBILE AL 36604-1065

Mobile Gas
PO BOX 105001
Atlanta, GA 30348-5001

01 330105359 3 0000001797 4



respond immediately and help please do that otherwise remove, I don't give permission to leave up if I can't log in and manage. I will await your reply. Thank-you.

Regards,

Tami Harrison

----- Forwarded Message -----
**From:** Now Care <nowcareproducts@yahoo.com>
**To:** Facebook <ip+u1522yo5.aeaqetvql7cpo@support.facebook.com>
**Sent:** Tuesday, November 29, 2016 9:47 AM
**Subject:** Re: Trademark Report Form

What additional documents you requested? If it is my id I have attached here & bill, if not what documents because I didn't get that email from you. I copy pasted what the other person said. And it does violate my trademarks because I didn't give you permission to use without my consent if I'm not managing it. I'm the rights owner and you see my id I attached you also was taking money from my credit card for ads and that wasn't a problem to do then now don't allow me or anyone else to log in, why?

**From:** Facebook <ip+u1522yo5.aeaqetvql7cpo@support.facebook.com>
**To:** nowcareproducts@yahoo.com
**Sent:** Monday, November 28, 2016 5:02 PM
**Subject:** Re: Trademark Report Form

Hi,

Thank you for your response. If you would like to proceed with your Page admin issue, please provide the additional documents requested in our previous email correspondence.

With respect to your trademark claim, based on the information you've provided, we do not see how the content you reported violates your intellectual property rights or other legal rights. Specifically, it is not clear to us that you are the rights owner or are otherwise authorized to submit this report on the rights owner's behalf. Please note that we can only process reports from a rights owner or someone authorized to report on their behalf (e.g., lawyer, agent).

If you believe that this content infringes your rights, please clarify your basis for claiming that the reported content violates your legal rights. If you believe someone else's rights may be infringed by content on the site, you may wish to contact them directly.

Thanks,

Daryl
Intellectual Property Operations
Facebook

-----Original Message----

 All I want is either someone can help me add to the page admin so I can manage it OR just remove it completely all my pages/timeline because if I can't edit update the pages I do not want them up at all and I also own trademarks for now care products this page: facebook.com/footpedicure and here is that info:
http://tmsearch.uspto.gov/bin/showfield?f=doc&state=4802:l41u1t.7.2 The Foot System For Smoother Feet by Now Care Products serial #
| | 86649093 |


I would prefer to keep them, but all I was getting was ignored or copy paste info. If you send to another team who will respond and help please do that or if nothing can be done just remove all of my pages info because I don't want it up and don't give permission for that if I can't log in and manage. Let me know thank-you.  Regards,Tami Harrison

     From: Facebook <ip+u1522yo5.aeaqetvql5tte@support.facebook.com>
To: nowcareproducts@yahoo.com
Sent: Friday, November 25, 2016 12:51 PM
Subject: Re: Trademark Report Form

Hi,

Thank you for bringing this matter to our attention. Based on the information you have provided, it sounds like you are trying to make an intellectual property claim, which could result in the permanent removal of content from Facebook. If you wish, we can continue working with you to clarify the basis for your intellectual property claim.

However, it also appears that you are writing to us about a Page admin issue. A different team at Facebook might be able to help you with that issue. If you wish, we can forward your message to that team. Please note that if we do so, we will not act on your intellectual property claim while you are corresponding with that team.

Please clarify whether you would like to proceed with your intellectual property claim or whether you would like us to forward your message so that your Page admin issue can be looked at first. Either way, we'll be happy to follow up.

Thanks,

Orlando
Intellectual Property Operations
Facebook

Did you receive this email in error? Please let us know: https://fb.me/20Gk6gDxCCWby9F

-----Original Message----
From: nowcareproducts@yahoo.com
To:
Subject: Trademark Report Form

To be sure you're in the right place, what best describes your issue?: I found content which I believe violates my trademark
Your name (name and surname): Tami Harrison
Please provide a link to your organization or client's official online presence:
https://www.facebook.com/seedvolagetech
Mailing address: PO BOX 66032 Mobile, Al 36660
Phone number: 213-787-6134
Email: nowcareproducts@yahoo.com
Confirm your email address: nowcareproducts@yahoo.com
Who owns the trademark?: Me
Name of the rights owner: Tami Harrison
What is your trademark?: Seed Volage Tech Corporation
Where is your trademark registered?: Alabama
What is your trademark registration number (if applicable)?: 366 - 976
Which categories of goods and/or services are covered by your registration?: The name and page contents are owned by me
If possible, please provide a link (URL) leading directly to your trademark registration.: http://arc-sos.state.al.us/cgi/corpdetail.mbr/detail?corp=366976&page=name&file=&type=ALL&status=ALL&place=ALL&city=
What type of content are you reporting?: An entire Page, group, or timeline
Please describe how you believe this content infringes your trademark: This was my page and I had a worker Tracy Smith making posts and keeping page updated but she no longer works with me and I cant verify her and can use my name if I have to or either delete it if I can't log in. Let me know. Thanks.
Do you agree?: yes
Electronic signature: Tami Harrison

**From:** Facebook <appeals+u1lyt6at.aeau2xu2nm@support.facebook.com>
**To:** nowcareproducts@yahoo.com
**Sent:** Friday, November 11, 2016 3:02 PM
**Subject:** Re: Thank you for submitting your ID

Hi,

Thanks for your report. We'll review the information you provided and get back to you soon.

In the meantime, you can review our Community Standards to learn more about what is and isn't allowed on Facebook:

https://www.facebook.com/communitystandards/?ref=CR

We appreciate your patience.

View updates from your Support Inbox: https://fb.me/1G0t98EiSwV9f6u

Thanks,
The Facebook Team

sos.state.al.us/cgi/corpdetail.mbr/detail?
corp=366976&page=name&file=&type=ALL&status=ALL&place=ALL&city=
What type of content are you reporting?: An entire Page, group, or timeline
Please provide links (URLs) leading directly to the specific content you are reporting. Please provide
one URL per line.: https://www.facebook.com/weedtrimmer
Please describe how you believe this content infringes your trademark: I sent this information before
and the page is still up please remove entire timeline for nowcareproducts.com reference# Complaint
#1154009371361394
Do you agree?: yes
Electronic signature: Tami Harrison

-----End Original Message-----

| Subject: | info |
| --- | --- |
| From: | Now Care (nowcareproducts@yahoo.com) |
| To: | notification+kr4ygqbekmkn@facebookmail.com; |
| Date: | Monday, February 20, 2017 10:39 PM |

This page is still up: https://www.facebook.com/weedtrimmer please remove. Thank-you.


----- Forwarded Message -----
**From:** Now Care <nowcareproducts@yahoo.com>
**To:** Facebook <notification+kr4ygqbekmkn@facebookmail.com>
**Sent:** Wednesday, December 7, 2016 4:23 PM
**Subject:** Re: A Message from Facebook

I see you removed my 2 pages footpedicure and Seedvolagetech and I also want the entire timeline removed not just those two pages, I had more pages. Please delete everything. A lot of my images on my timeline are copyrighted as well.
https://www.facebook.com/inventionandpatents/
https://www.facebook.com/enddrugwarnow
https://www.facebook.com/samplesanddealsThank-you.


**From:** Facebook <notification+kr4ygqbekmkn@facebookmail.com>
**To:** nowcareproducts@yahoo.com
**Sent:** Wednesday, December 7, 2016 3:53 PM
**Subject:** A Message from Facebook

Hello,

We removed the following content from Facebook because we received a report alleging that it infringes or violates the rights of a third party, and/or because we have reason to believe that you're not authorized to represent the subject matter of the content.

Page: Foot Care Products

If you believe that this content should not have been removed from Facebook, you can contact the complaining party directly to resolve your issue:

Report #: 1154009371361394
Rights Owner: Tami Harrison
Email: nowcareproducts@yahoo.com

If an agreement is reached to restore the reported content, please have the complaining

party email us with their consent and include the report number.

To keep your account in good standing, please review all materials you've posted to Facebook and remove any remaining content that may be infringing from your account.

For more information about intellectual property, please visit our Help Center:

https://www.facebook.com/help/370657876338359/

 Thanks,

The Facebook Team

| | |
|---|---|
| **Subject:** | Fw: info |
| **From:** | Now Care (nowcareproducts@yahoo.com) |
| **To:** | notification+kr4ygqbekmkn@facebookmail.com; |
| **Date:** | Monday, February 20, 2017 10:48 PM |

These pages are still up please remove: https://www.facebook.com/handwritingapp/

This page is still up: https://www.facebook.com/weedtrimmer please remove. Thank-you.

----- Forwarded Message -----
**From:** Now Care <nowcareproducts@yahoo.com>
**To:** Facebook <notification+kr4ygqbekmkn@facebookmail.com>
**Sent:** Wednesday, December 7, 2016 4:23 PM
**Subject:** Re: A Message from Facebook

I see you removed my 2 pages footpedicure and Seedvolagetech and I also want the entire timeline removed not just those two pages, I had more pages. Please delete everything. A lot of my images on my timeline are copyrighted as well.
https://www.facebook.com/inventionandpatents/
https://www.facebook.com/enddrugwarnow
https://www.facebook.com/samplesanddealsThank-you.

**From:** Facebook <notification+kr4ygqbekmkn@facebookmail.com>
**To:** nowcareproducts@yahoo.com
**Sent:** Wednesday, December 7, 2016 3:53 PM
**Subject:** A Message from Facebook

Hello,

We removed the following content from Facebook because we received a report alleging that it infringes or violates the rights of a third party, and/or because we have reason to believe that you're not authorized to represent the subject matter of the content.

Page: Foot Care Products

If you believe that this content should not have been removed from Facebook, you can contact the complaining party directly to resolve your issue:

Report #: 1154009371361394
Rights Owner: Tami Harrison

Email: nowcareproducts@yahoo.com

If an agreement is reached to restore the reported content, please have the complaining party email us with their consent and include the report number.

To keep your account in good standing, please review all materials you've posted to Facebook and remove any remaining content that may be infringing from your account.

For more information about intellectual property, please visit our Help Center:

https://www.facebook.com/help/370657876338359/

Thanks,

The Facebook Team

| | |
|---|---|
| **Subject:** | Re: A Message from Facebook |
| **From:** | Now Care (nowcareproducts@yahoo.com) |
| **To:** | notification+kr4ygqbekmkn@facebookmail.com; |
| **Date:** | Monday, February 20, 2017 10:56 PM |

These pages are still up please remove: https://www.facebook.com/handwritingapp/

This page is still up: https://www.facebook.com/weedtrimmer please remove. We own those as I submitted proof before. We own trademarks/copyrights for Seed Volage Tech Corporation and Now Care Products.
Thank-you.

**From:** Facebook <notification+kr4ygqbekmkn@facebookmail.com>
**To:** nowcareproducts@yahoo.com
**Sent:** Wednesday, December 7, 2016 5:23 PM
**Subject:** A Message from Facebook

Hello,

We removed the following content from Facebook because we received a report alleging that it infringes or violates the rights of a third party, and/or because we have reason to believe that you're not authorized to represent the subject matter of the content.

Page: Samples Steals And Deals

If you believe that this content should not have been removed from Facebook, you can contact the complaining party directly to resolve your issue:

Report #: 1154009371361394
Rights Owner: Tami Harrison
Email: nowcareproducts@yahoo.com

If an agreement is reached to restore the reported content, please have the complaining party email us with their consent and include the report number.

To keep your account in good standing, please review all materials you've posted to Facebook and remove any remaining content that may be infringing from your account.

For more information about intellectual property, please visit our Help Center:

https://www.facebook.com/help/370657876338359/

Thanks,

The Facebook Team

 **Alabama Secretary of State**

| Seed Volage Tech Corporation | |
|---|---|
| Entity ID Number | 366 - 976 |
| Entity Type | Domestic Corporation |
| Principal Address | 507 BOOKER STREET<br>MOBILE, AL 36604 |
| Principal Mailing Address | 507 BOOKER STREET<br>MOBILE, AL 36604 |
| Status | Exists |
| Place of Formation | Mobile County |
| Formation Date | 6-27-2016 |
| Registered Agent Name | HARRISON, TAMI |
| Registered Office Street Address | 507 BOOKER STREET<br>MOBILE, AL 36604 |
| Registered Office Mailing Address | 507 BOOKER STREET<br>MOBILE, AL 36604 |
| Nature of Business | TO CONDUCT BUSINESS. |
| Capital Authorized | 950000 |
| Capital Paid In | |
| **Incorporators** | |
| Incorporator Name | HARRISON, TAMI |
| Incorporator Street Address | 507 BOOKER STREET<br>MOBILE, AL 36604 |
| Incorporator Mailing Address | 507 BOOKER STREET<br>MOBILE, AL 36604 |
| **Transactions** | |
| Transaction Date | 7-15-2016 |
| Miscellaneous Filing Entry | New Entity Effective 06-27-2016 11:17 |
| **Scanned Documents** | |
| Purchase Document Copies | |
| Document Date / Type / Pages | 7-15-2016   Certificate of Formation   4 pgs. |
| | |

New Search

Just go ahead and delete everything and make sure you delete our credit card information from your system and all of our business pages. We will use twitter instead. Permanently delete it. Thank-you.

From: Facebook <appeals+u1lyt6at.aeau2xu2nm@support.facebook.com>
To: nowcareproducts@yahoo.com
Sent: Friday, November 11, 2016 5:14 PM
Subject: Re: Thank you for submitting your ID

Hi,

Thanks for contacting us. It looks like we couldn't confirm that you're the owner of this account because you didn't provide ID with information that matches the details on this account. Please send us a photo or scan of an ID or other documents that match the info on this profile and include:

- Your name
- Your photo
- Your date of birth

When you send us a photo or scan of your ID, please cover up any personal information we don't need to confirm that you're the account owner (ex: credit card number, Social Security number).

If you don't have an ID, you can use other documents to confirm that you own this account. To learn more about what documents you can send, please visit the Help Center and check out options 2 and 3:

https://www.facebook.com/help/159096464162185/?ref=cr

Keep in mind that once we confirm that the account belongs to you, we'll delete the photo or scan of your ID or documents from our servers.

We apologize for any inconvenience, and hope to hear from you soon so we can help.

View updates from your Support Inbox: https://fb.me/1FWpR3lUIBINEGU

Thanks,

Facebook

-----Original Message----
From: nowcareproducts@yahoo.com
To:
Subject: Thank you for submitting your ID

Email: nowcareproducts@yahoo.com

-----End Original Message-----
-----End Original Message-----

| | |
|---|---|
| **Subject:** | Re: Thank you for submitting your ID |
| **From:** | Now Care (nowcareproducts@yahoo.com) |
| **To:** | appeals+u1lyt6at.aeau2xu2nnx56@support.facebook.com; |
| **Date:** | Saturday, November 12, 2016 7:36 PM |

Tracy Smith was a worker/contractor that no longer works for Now Care Products so I will not have that information. So if I can't log in and take care of the pages I rather them to be deleted or I will contact an attorney if you leave it up without us being able to log in. Why would we keep it up? Let me know what you are going to do. Thank-you.

**From:** Facebook <appeals+u1lyt6at.aeau2xu2nnx56@support.facebook.com>
**To:** nowcareproducts@yahoo.com
**Sent:** Saturday, November 12, 2016 11:01 AM
**Subject:** Re: Thank you for submitting your ID

Hi,

We can't help you with your request until we receive an ID or other document that we can use to confirm that you're the owner of this account. The document should include your name, photo and date of birth that matches the info on this profile.

Please visit the Help Center to learn about the types of IDs and documents we can use to confirm your identity:

https://www.facebook.com/help/159096464162185/?ref=cr

When you have your ID or documents ready, you can reply to this email with a scanned copy or photo of them. Please cover up any personal information we don't need to confirm your name (ex: credit card number, Social Security number). We'll just need to see your name, photo, and date of birth that matches the information on your profile.

View updates from your Support Inbox: https://fb.me/2bBVWjKtf7pcK06

Thanks,

Jesse
Community Operations
Facebook

-----Original Message----
From: Now Care (nowcareproducts@yahoo.com)
To: Facebook
Subject: Re: Thank you for submitting your ID

# EXHIBIT D

• Amanda Carmichael <amanda@startengine.com> • 07/27/16 at 12:53 PM
To
• support@seedvolagetech.com Hide
CC
• Aimee Savran


Hi Tami,

Thank you for submitting your campaign for consideration on StartEngine. StartEngine has determined that we will not be moving forward with Seed Volage Tech at this time.

There are several objective criteria StartEngine evaluates in our green-light process, and ultimately each item needs to be met. Right now, we believe Seed Volage Tech should improve their social community size

- 
- What's New

- Discover Investments
- Raise Capital
- Launch an ICO

  NEW

  Start Engine helps companies crowdfund and raise money

| o  My Company |
| o  My Investments |

| My TradesAccount |

- Sign In

# No results for ""

View all investments



# StartEngine

# Your chance to fund the future.

Large OPO

West Hollywood, CA

Financial Services

Accepting International Investment

# StartEngine

# Your chance to fund the future.

Large OPO
West Hollywood, CA
Financial Services
Accepting International Investment

# 2,980

Investors

# $4,006,530.00

Raised of $500 - $5M goal

**Overview Team Updates Comments Share**

https://www.startengine.com/